Honorable Karen L. Stromborn

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH AND WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTIONS PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR-MANAGEMENT COOPERATION TRUST FUND, and THE INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, <br><br> Plaintiffs, <br><br> vs. <br><br> RELIANCE PAINT COMPANY, LLC, a Washington limited liability company, BRAIN R. BESAW and CARMEN BESAW, husband and wife and their martial community comprised thereof, <br><br> Defendants. | CAUSE NO.: CV04-5097 KLS <br><br> JOINT MOTION TO GRANT ADDITIONAL TIME AND ORDER GRANTING ADDITIONAL TIME |

The Employee Painters Trust Health and Welfare Fund, Western Washington Painters

Defined Contributions Pension Trust, Western Washington Apprenticeship and Training Trust,

Western Washington Painters Labor-Management Cooperation Trust Fund, and the

International Union of Painters and Allied Trades Industry Pension Fund (the Trust Funds) and

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

Brian and Carmen Besaw do hereby make this Joint Motion and respectfully request that the Court enter the attached Order granting the Trust Funds additional time to file a Response to Motion and Affidavit to Vacate Judgment Lien and Lis Pendens.

Jointly Submitted by Counsel

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA  98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for the Trust Funds

s/Terry A. Robinson
WSBA #13991
16719 110th Ave. E, Suite C
Puyallup, WA 98374
Telephone (253) 770-2769
Fax: (253) 770-2790
Attorney for Mr. and Ms. Besaw

Pursuant the parties Joint Motion to Grant Additional Time, and the Court having considered the pleadings on file and being otherwise generally advised, it is hereby

**ORDERED** that the Employee Painters Trust Health and Welfare Fund, Western Washington Painters Defined Contributions Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor-Management Cooperation Trust Fund, and the International Union of Painters and Allied Trades Industry Pension Fund shall have until Friday, August 28, 2009 to file their response to Mr. and Ms. Besaw's Motion to Vacate Judgment Lien and Lis Pendens.

JOINT MOTION TO GRANT ADDITIONAL TIME AND ORDER
CASE NO. CV04-5097 KLS - PAGE 2 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

DATED this 1st day of September, 2009.

                                          s/Karen L. Strombom
                                          U.S. Magistrate Judge

Presented by:

s/David L. Tuttle
WSBA #38728
Ekman, Bohrer & Thulin, P.S.
220 W. Mercer, Ste. 400
Seattle, WA 98119
Telephone: (206) 282-8221
Fax: (206) 285-4587
E-mail: d.tuttle@ekmanbohrer.com
Attorney for Plaintiffs

S:\Collections\WWP-3410\Pleadings\2009\Reliance Paint Co 3410 USDC Addtl Time Mtn Order.doc

JOINT MOTION TO GRANT ADDITIONAL TIME AND ORDER
CASE NO. CV04-5097 KLS - PAGE 3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587