**HONORABLE KAREN L. STROMBOM**

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

\* \* \* \* \*

| | |
|---|---|
| EMPLOYEE PAINTERS TRUST HEALTH & WELFARE FUND, WESTERN WASHINGTON PAINTERS DEFINED CONTRIBUTION PENSION TRUST, WESTERN WASHINGTON APPRENTICESHIP AND TRAINING TRUST, WESTERN WASHINGTON PAINTERS LABOR MANAGEMENT COOPERATION TRUST FUND, INTERNATIONAL UNION OF PAINTERS & ALLIED TRADES PENSION FUND and INTERNATIONAL BROTHERHOOD OF PAINTERS & ALLIED TRADES UNION & INDUSTRY FUND,<br><br>Plaintiffs,<br>vs.<br><br>RELIANCE PAINT CO., LLC, a Washington limited liability company, BRIAN R. BESAW and JANE DOE BESAW, husband and wife and the martial community comprised thereof,<br><br>Defendants. | **CASE NO.: 3:04-cv-05097-KLS**<br><br>**RENEWED JUDGMENT** |

Plaintiffs, Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension Fund and International Brotherhood of Painters &

RENEWED JUDGMENT
Case No.: 3:04-cv-05097-KLS

Page 1

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 462-4045/(425) 646-2394
F. (423) 462-5638/(702) 968-8088/(702) 255-0871
gia@cjmlv.com
murban@theurbanlawfirm.com

1  Allied Trades Union & Industry Fund (collectively "Judgment Creditors"), by and through their
2  counsel, Christensen James & Martin and The Urban Law Firm, and pursuant to RCW
3  6.17.020(3), have moved for a Renewed Judgment against Defendants Reliance Paint Co., LLC,
4  a Washington limited liability company, Brian R. Besaw and Jane Doe Besaw, husband and wife
5  and the marital community comprised thereof ("Judgment Debtors")

## SUMMARY OF JUDGMENT

| | | |
|---|---|---|
| 1. | Judgment Creditors: | Employee Painters Trust Health & Welfare Fund, Western Washington Painters Defined Contribution Pension Trust, Western Washington Apprenticeship and Training Trust, Western Washington Painters Labor Management Cooperation Trust Fund, International Union of Painters & Allied Trades Pension Fund and International Brotherhood of Painters & Allied Trades Union & Industry Fund |
| 2. | Counsel for Judgment Creditors: | Christensen James & Martin and The Urban Law Firm, 800 Bellevue Way NE, Ste. 400, Bellevue, WA 98004 |
| 3. | Judgment Debtors: | Reliance Paint Co., LLC, Brian R. Besaw and Jane Doe Besaw |
| 4. | Default Judgment Amount: | $109,979.90 |
| 5. | Date Default Judgment was Filed: | December 9, 2004 |
| 6. | Date Default Judgment Expires: | December 9, 2014 |
| 7. | Payments Received: | $21,990.00 |
| 8. | Interest Owed on Judgment to Date of Motion: | $152,317.11 accrued through December 8, 2014 at rate of 12% per annum |
| 9. | Attorney's Fees: | $575.49 |
| 10. | TOTAL JUDGMENT BALANCE WITH INTEREST, FEES, COSTS AND LESS PAYMENTS: | $240,882.50 |

RENEWED JUDGMENT
Case No.: 3:04-cv-05097-KLS

Page 2

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 462-4045/(425) 646-2394
F. (423) 462-5638/(702) 968-8088/(702) 255-0871
gia@cjmlv.com
murban@theurbanlawfirm.com

1    Pursuant to Judgment Creditors' Motion for Renewal of Judgment against Judgment
2  Debtors, and the Court having considered the pleadings on file, it is hereby

3    ORDERED that Judgment Creditors' Default Judgment (Doc. No. 20) ("Judgment")
4  against Judgment Debtors be renewed pursuant to RCW 6.17.020(3) for an additional ten (10)
5  year period.

6    IT IS FURTHER ORDERED that the Judgment shall be renewed for a total of
7  $240,882.50, consisting of a balance of $87,989.90 remaining on the principal of the Judgment
8  after application of payments, plus Judgment interest accruing at the rate of 12% from December
9  9, 2004, totaling $152,317.11, and attorney's fees in the amount of $575.49. The remaining
10 principal amount of the Judgment ($87,979.90) shall continue to accrue interest at 12% pursuant
11 to the Judgment terms.

12   DATED this 30th day of December, 2014.

*(signature)*
Karen L. Strombom
United States Magistrate Judge

Presented by:

CHRISTENSEN JAMES & MARTIN

By:    */s/ Gia McGillivray*
   Gia McGillivray, Esq.
   WSBA #47645
   800 Bellevue Way NE, Suite 400
   Bellevue, WA 98004
   Telephone: (425) 462-4045
   Facsimile: (423) 462-5638
   Email: gia@cjmlv.com
   *Counsel for Plaintiffs*

RENEWED JUDGMENT
Case No.: 3:04-cv-05097-KLS

Page 3

CHRISTENSEN JAMES & MARTIN
AND
THE URBAN LAW FIRM
800 Bellevue Way NE, Suite 400
Bellevue, WA 98004
P. (425) 462-4045/(425) 646-2394
F. (423) 462-5638/(702) 968-8088/(702) 255-0871
gia@cjmlv.com
murban@theurbanlawfirm.com